FILED ____ ENTERED
LODGED ____ RECEIVED

OCT 28 2009

AT SEATTLE
CLERK U.S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Print Form

*No Summons Issued IFP App.*

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

Clarence J. Bunting

Plaintiff(s),

v.

Archdiocese of Seattle, & Catholic Community Services of Seattle

Defendant(s),

**C09-1537 MAT**

**EMPLOYMENT DISCRIMINATION COMPLAINT**

09-CV-01537-CMP

Name, address and phone number of Plaintiff:

Clarence J. Bunting
10411 SE 174th St. #3242
Renton, WA 98055
(425) 2713465

Name and address of Defendant(s): (List additional defendants' names and addresses on a separate sheet of paper.)

| | |
|---|---|
| Archdiocese of Seattle | Catholic Community Services |
| 710 9th Ave | 100 23rd Ave. South |
| Seattle, WA 98104 | Seattle, WA 98144-2302 |
| (206) 3824560 | (206) 3285696 |

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

The acts complained of in this suit concern:

Other (specify) On going slander, libel, harassment, retaliation, sex/gender, age discrimination & breach of contr[act]

Defendant's conduct is discriminatory with respect to the following:

Other (specify) my race, my sex/gender, my age, and most assuredly my medical conditions which was identifie[d]

The basic facts surrounding my claim of discrimination are:

I filed charges against Archdiocesan Housing Authority/ Catholic Community Services in 2005. The paperwork that I needed to complete the charge was never given to me by AHA thereby not giving me the opportunity for due process. I also brought attention to the fact that some applicants were being treated unfairly as they tried to enter the program. From then on I was set upon and mistreated in lots of ways especially financially when my job began disappearing by breach of contract and pure retaliation. I have suffered financial hardships and health problems (mental & physical). These problems have been going on since then with continued slander and libel, breach of contract "odd man out" treatment to this day. On or about 10/16/07 my hours were cut. Employees that are outside my protected class, age and race, are are given more hours and are given my job duties to complete. I was not allowed to fill out an application or have an interview or given any chance to fill the vacancy of program manager that came open at my job site where there was no equal opportunity at all. The job was not advertised or posted anywhere and a fellow worker was instantly promoted with no competition at all. This is a federally funded project and I protested!

The alleged discrimination occured on or about: 10/16/09  to Present date

I filed charges with the Federal Equal Employment Opportunity Commission (or Washington State Human Rights Commission) regarding defendant's alleged discriminatory conduct on or about: Aug 11, 2008

The Equal Employment Opportunity Commission issued a Notice of Right to Sue Letter (please attach copy), which was received by me on or about: JUL 30 2009

**WHEREFORE, plaintiff prays that the Court grant the following relief:**

Monies owed for each month that I was deprived of my just wages from the beginning of the day and time that my work hours were cut and given to others to perform. Restitution for the loss of credit cards and loss of my good credit status because I could no longer afford to pay my bills. Restitution of my just wages and punitive damages for having my wages cut which caused me to have lower wages that constitute the amount that my retirement Social Security monthly payments are based upon. Punitive damages for the stress upon me for suffering these losses which affected me both mentally and physically and my inability to afford the medication that I need now and the inability to afford the co-payments that I need now to protect and take care of my health as a needy senior citizen. Restitution for any legal fees that I may encounter including attorney fees that I may accrue in the future as far as this case is concerned. I pray that the court grant me these things and any other pertinent monies that may come about at a later time.

Oct 27, 2009
DATED:

*[signature]*
Signature of Plaintiff

Clarence J. Bunting

**Plaintiff's Name**

EEOC Form 161 (2/08)          **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Clarence Bunting<br>10411 South East 174th Street<br>Apartment 3242<br>Renton, WA 98055 | From: | Seattle Field Office<br>909 First Avenue<br>Suite 400<br>Seattle, WA 98104 |

[ ]  On behalf of person(s) aggrieved whose identity is
     CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2008-44581 | William S. Benedict, Investigator | (206) 220-6918 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Roderick W. Vetanse For ALL*

A. Luis Lucero, Jr.,
Director

**JUL 2 8 2009**

Enclosures(s)                                                                                                   (Date Mailed)

cc:  Emily J. Goertz
     Human Resources Director
     ARCHDIOCESAN HOUSING AUTHORITY
     1902 2nd Avenue
     Seattle, WA 98101