UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLARENCE J. BUNTING,<br><br>Plaintiff,<br><br>v.<br><br>ARCHDIOCESE OF SEATTLE, et al.,<br><br>Defendants. | CASE NO. C09-1537JLR<br><br>ORDER GRANTING MOTION TO DISMISS ARCHDIOCESE OF SEATTLE |

This matter comes before the court on three pending motions: Defendant Archdiocese of Seattle's ("Archdiocese") motion to dismiss it (Dkt. # 41); Plaintiff Clarence J. Bunting's motion to keep Archdiocese as defendant (Dkt. # 43); and Mr. Bunting's motion for extension of time (Dkt. # 47). Having reviewed the papers filed in support and opposition to the motion, and finding this matter appropriate for disposition without oral argument, the court GRANTS the Archdiocese's motion to dismiss (Dkt. # 41); DENIES Mr. Bunting's motion to keep the Archdiocese as a defendant (Dkt. # 43);

ORDER- 1

and GRANTS in part and DENIES in part Mr. Bunting's motion for extension of time (Dkt. # 47).

With respect to the cross motions relating to Mr. Bunting's claims against the Archdiocese, the court notes that there are none. In Mr. Bunting's first complaint filed on October 28, 2009, he names the Archdiocese as a defendant in the caption but fails to address their role in his allegations in his complaint. (*See* Compl. (Dkt. # 1).) In his amended complaint, Mr. Bunting does not name the Archdiocese as a defendant and, again, makes no allegations against it. (*See* Am. Compl. (Dkt. # 36).) Yet, Mr. Bunting opposes the motion to dismiss the Archdiocese from this lawsuit on the basis that Defendant Catholic Community Services of Western Washington ("CCS") refers to the leadership of the Archdiocese in CCS's mission statement. (Resp. (Dkt. # 46) at 1.) The mention of the Archdiocese in its mission statement does not give rise to a claim by Mr. Bunting against the Archdiocese. Accordingly, the court dismisses the Archdioceses from this action.

Mr. Bunting also request an extension of time for filing discovery motions from the current deadline of May 23, 2011 until June 23, 2011. (Mot. (Dkt. # 47).) Such an extension, however, would put the discovery motions deadline *after* the discovery cut-off on June 20, 2011. Although the court sets its discovery motions deadline well in advance of the close of discovery, in order to afford the parties sufficient time to resolve their discovery disputes before the close of discovery, due to Mr. Bunting's health issues, the court departs from its normal scheduling order to permit Mr. Bunting additional time to

ORDER- 2

1 file his discovery motions.  The court will grant Mr. Bunting until June 17, 2011 to file
2 his discovery motions.
3       Dated this 10th day of June, 2011.

                                                                 JAMES L. ROBART
                                                                 United States District Judge

ORDER- 3